**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARGERY KAIN, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL GROUP INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 22-10436-DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The Parties in the above-captioned action hereby jointly and respectfully move this Court for entry of a protective order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, limiting the disclosure and use of certain discovered information as provided in the Confidentiality Stipulation and [Proposed] Protective Order (the "Protective Order") submitted herewith as Exhibit 1. In support of this Motion, the Parties, through their undersigned counsel, state as follows:

1. This matter concerns Plaintiff Margery Kain's claims against Defendant Liberty Mutual Group Inc. for various discrimination, wage, and retaliation claims under federal and state law. The scope of discovery may include confidential employment-related records of current and former employees who are not parties to this litigation, confidential medical records of the Plaintiff, and other confidential personal, business, or commercially sensitive information.

2. To facilitate discovery, the Parties seek to allow designation of materials as "Confidential" where the producing party reasonably believes those materials meet the requirements for such designation set forth in the Protective Order. Upon such designation,

disclosure of the materials will be limited according to the proposed Protective Order submitted herewith.

3. The Parties expressly agree to and jointly request entry of the proposed Protective Order.

4. Entry of the proposed Protective Order will cause no undue burden to any Party in this action. The Court and counsel for the Parties will be able to use such information, the Parties' potential experts will be able to review and opine on such information, and it will be possible to use such information in discovery, as provided in the proposed Protective Order. Limiting the disclosure and use of documents or deposition testimony as set forth in the proposed Protective Order will reduce the risk that confidential, personal employee information and/or confidential, proprietary, or commercially sensitive business information will be disclosed or used for purposes outside this litigation.

WHEREFORE, the parties jointly and respectfully request that this Court enter the proposed Confidentiality Stipulation and Protective Order submitted herewith as Exhibit 1.

Respectfully submitted,

| **MARGERY KAIN** | **LIBERTY MUTUAL GROUP INC.** |
|---|---|
| By her counsel, | By its counsel, |
| */s/ Daniel W. Rice* | */s/ Laurielle M. Howe* |
| Daniel W. Rice (BBO #559269) | Mark H. Burak (BBO #558805) |
| HARRINGTON, RICE & MAGLIONE, LLC | Laurielle M. Howe (BBO #704562) |
| 738 Main Street | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| Hingham, MA 02043 | One Boston Place, Suite 3500 |
| Telephone: (781) 964-8377 | Boston, MA 02108 |
| dwr@harringtonrice.com | Telephone: (617) 994-5700 |
|  | Facsimile: (617) 994-5701 |
|  | mark.burak@ogletree.com |
|  | laurielle.howe@ogletree.com |

Date: March 29, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2023, this document filed through the Court's electronic filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Laurielle M. Howe*
                                                Laurielle M. Howe