# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARGERY KAIN,  <br>        Plaintiff,  <br>v.  <br>LIBERTY MUTUAL GROUP INC.,  <br>        Defendant. | CIVIL ACTION NO. 22-10436-RGS |

## DEFENDANT LIBERTY MUTUAL'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Defendant Liberty Mutual Group Inc. ("Liberty Mutual") hereby moves for summary judgment with respect to Counts III-IX in Plaintiff Margery Kain's ("Plaintiff" or "Kain") Complaint.

In support of its Motion, Liberty Mutual submits and incorporates the accompanying Statement of Undisputed Material Facts, Memorandum in Support of its Motion for Summary Judgment ("Memorandum"), Declaration of Kathy Jonas, dated December 11, 2023 (the "Jonas Dec."), Declaration of Tara Michalowski, dated December 12, 2023, and the exhibits annexed thereto (the "Michalowski Dec."), Declaration of Amber Bonlie, dated December 12, 2023, and the exhibits annexed thereto (the "Bonlie Dec."), Declaration of Shelby Thompson, dated December 13, 2023, and the exhibits annexed thereto (the "Thompson Dec."), the Declaration Tonya Gloria, dated December 12, 2023 (the "Gloria Dec."), and Declaration of Andrea Sullivan, dated December 13, 2023, and the exhibits annexed thereto (the "Sullivan Dec.").

As set forth more fully in Liberty Mutual's Memorandum, Liberty Mutual is entitled to summary judgment on Counts III-IX of Plaintiff's Complaint.

WHEREFORE, Liberty Mutual respectfully requests that the Court allow this Motion and issue an order awarding summary judgment in favor of Liberty Mutual and dismissing Counts III-IX, together with costs and such other and further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on this motion pursuant to Rule 7.1(d).

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that, prior to making this motion, I conferred with Counsel for Plaintiff by phone, for the purposes of attempting to resolve and/or to narrow the issues herein. Those efforts were unsuccessful.

       */s/ Andrea M. Sullivan*
       Andrea M. Sullivan (BBO #569280)

Respectfully submitted,

**LIBERTY MUTUAL GROUP INC.**

By its counsel,

*/s/ Andrea M. Sullivan*
Mark H. Burak (BBO #558805)
Andrea M. Sullivan (BBO #569280)
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Telephone: (617) 994-5700
Facsimile:  (617) 994-5701
mark.burak@ogletree.com
andrea.sullivan@ogletree.com

Date: December 13, 2023

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 13, 2023, this document filed through the Court's electronic filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                */s/ Andrea M. Sullivan*
                Andrea M. Sullivan